## First District.

William R. Johnson, defendant in error, v. John Frehr et al., plaintiffs in error. Gen. No. 36,396.

Opinion filed October 10, 1933.

Fein & Stone, for plaintiffs in error. Cornelius J. Harrington and John E. Johnson, for defendant in error; Clyde C. Fisher, of counsel.

Mr. Presiding Justice Sullivan delivered the opinion of the court.

Ophelia Lott, defendant in error, v. Underwriters Mutual Life Insurance Company, plaintiff in error. Gen. No. 36,412.

Opinion filed October 10, 1933.

Bibb, Prescott & Tyree, for plaintiff in error; Louis C. Tyree, of counsel. No appearance for defendant in error.

Mr. Presiding Justice Sullivan delivered the opinion of the court.

John Saltis, appellee, v. Albert J. Horan et al., appellants. Gen. No. 36,446.

Opinion filed October 10, 1933.

Michael B. Morris, for appellants. No appearance for appellee.

Mr. Presiding Justice Sullivan delivered the opinion of the court.